# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JASON DEAN SHORT
ADC #551179                                                          PLAINTIFF

v.                         No. 4:20-cv-1421-DPM

BRIAN SHELTON, JR., Sergeant,
Varner Unit, *et al.*                                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's recommendation, *Doc. 13*, and overrules Short's objections, *Doc. 14*. FED. R. CIV. P. 72(b)(3).

In his objections, Short says that the Defendants violated his procedural due process rights by refusing to call his requested witnesses at the disciplinary hearing. *Doc. 14 at 3*. It's possible Short could pursue that claim for very limited types of relief, like nominal damages or prospective injunctive relief. *Doc. 8 in Everett v. Cottrel*, E.D. Ark. No. 3:20-cv-176-DPM (19 August 2020). But Short didn't make that claim in his complaint. Instead, he alleged that the Defendants didn't adequately investigate before finding him guilty. *Doc. 2 at 12*. New facts and claims must be pleaded in an amended complaint—not in Short's objections.

As pleaded, Short's complaint fails to state a claim. It will therefore be dismissed without prejudice. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

7 July 2021