# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JASON DEAN SHORT
ADC #551179                                                PLAINTIFF

v.                    No. 4:20-cv-1421-DPM

BRIAN SHELTON, JR., Sergeant,
Varner Unit, *et al.*                                       DEFENDANTS

## JUDGMENT

Short's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2021